UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. 5-02-20800-TAG

## ORDER TO PAY

_Phillip Lopez_

SOCIAL SECURITY #: _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_
DATE of BIRTH: _8-15-62_
DRIVER'S LICENSE #: _B0652302_
ADDRESS: _1008 W J-14_
_Lancaster_  _Ca_  _93534_
   City     State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

<u>I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT</u>
DATE: _6-14-05_          _Phillip Lopez_
                         DEFENDANT'S SIGNATURE

<u>YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:</u>

CITATION / CASE NO: _5:02 mq 52 TAG_  FINE _490.00_  ASGMT. _10.00_
CITATION / CASE NO: _____  FINE _____  ASGMT. _____

(✓) **FINE TOTAL** of $ _490.00_ and a penalty assessment of $ _10.00_ within _30_ _____ (days)/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

**PAYMENTS** must be made by **CHECK** or **MONEY ORDER**, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU         CLERK, USDC              CLERK, USDC
P.O. BOX 740026                   501 "I" St., #4200       1130 O Street, Rm 5000
Atlanta, GA 30374-0026            Sacramento, CA 95814     Fresno, CA 93721
1-800-827-2982

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: _6-14-05_            _Teresa Goldner by_
                           U.S. MAGISTRATE JUDGE

Clerk's Office                                                    EDCA - 03 Rev 8/97